**FILED**

December 26, 2007

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

-UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,             )<br>v.                               )<br>                                 )<br>MARCO VINICIO ESPINO,            )<br>                                 )<br>          Defendant.             ) | Case No. MAG. 07-0392-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release MARCO VINICIO ESPINO, Case No. MAG. 07-0392-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: All available equity in the property proffered on the record.

___   Agreement to Forfeit Property Form

_X_   Appearance Bond with Surety

_X_   (Other) Conditions as stated on the record.

_X_   (Other) Defense counsel is to file the secured bond paperwork no later than 1/15/2008.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/26/07  at  2:15 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge