```
DANIEL J. BRODERICK
Federal Defender
TIMOTHY ZINDEL, BAR #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARCO VINICIO ESPINO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 07-0392 EFB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER RE** |
| | ) | **RETURN OF CERTAIN PROPERTY** |
| v. | ) | **BELONGING TO DEFENDANT ESPINO** |
| | ) | |
| MARCO VINICIO ESPINO et al., | ) | |
| | ) | |
| Defendants. | ) | Judge: Hon. Gregory G. Hollows |
| _____ | ) | |

It is hereby stipulated and agreed between defendant, Marco Vinicio Espino, and plaintiff, United States of America, by and through their attorneys, that the wallet and its contents (including all identification documents) seized from Mr. Espino during execution of a search warrant on December 6, 2007, shall be returned to him.

Mr. Espino's wallet and its contents were seized from him in connection with his arrest on December 6, 2007, which occurred in connection with execution of a search warrant by the Stockton Police Department.  Because the wallet and its contents were

included in the search warrant inventory, the Stockton Police request that a court order be issued so that the wallet and its contents may be released from the search warrant inventory and returned to Mr. Espino.  Mr. Espino was released from custody on December 26, 2007, and needs his wallet and documents to conduct his daily business.

                                      Respectfully Submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

Dated: January 2, 2008     /s/ T. Zindel
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for MARCO VINICIO ESPINO

                                      McGREGOR W. SCOTT
                                      United States Attorney

Dated: January 2, 2008     /s/ T. Zindel for M. Grad
                                      MARY GRAD
                                      Assistant U.S. Attorney

## O R D E R

    Mr. Espino's wallet and its contents, seized on December 6, 2007, and included in the search warrant inventory referenced above, shall be returned to him forthwith.

    IT IS SO ORDERED.

Dated: 1/7/08                    /s/ Gregory G. Hollows
                                      United States Magistrate Judge

espino.ord