```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARCO VINICIO ESPINO, )<br>)<br>Defendant. )<br>_____) | Mag No. 07-392-EFB<br><br>Motion to Dismiss Complaint;<br>Order |

   The United States, through the undersigned Assistant U.S. Attorney, moves to dismiss the captioned complaint against defendant MARCO VINICIO ESPINO.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Mary L. Grad
                                By:_____
                                    MARY L. GRAD
                                    Assistant U.S. Attorney
```

SO ORDERED.

Date: January 14, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE